■ CLARENCE RILEY et al., Appellants, v. JAMES H. HOWELL et al., Respondents, and BETHESDA BAPTIST CHURCH OF PORT CHESTER, N. Y., Appellant.— Judgment of the Supreme Court, Westchester County, entered May 1,

1973, affirmed, without costs. We do not construe the fifth decretal paragraph in the judgment as restraining plaintiffs, in any manner, from taking further proper procedures for the termination of the employment of the defendant reverend, if they be so advised. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.